Brian Esler, ISB No. 7362
Thomas J. Lloyd III, ISB No. 7772
MILLER NASH, LLP
950 W. Bannock St., Ste. 1100
Boise, Idaho 83716
Tel: 208-609-3798
Email: brian.esler@millernash.com
        thomas.lloyd@millernash.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HUSKY MOUNTAIN ACQUISITION, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>SKYLAB ARCHITECTURE, LLC, an Oregon limited liability company, and ANDERSEN CORPORATION,<br><br>      Defendant. | Case No. 2:26-cv-00067-REP<br><br>**HUSKY MOUNTAIN ACQUISITION INC.'S CORPORATE DISCLOSURE STATEMENT** |

COME NOWS Plaintiff Husky Mountain Acquisition Inc. ("Husky"), by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1, and hereby provides the following information:

1. Husky is a Delaware corporation organized under the laws of Delaware, with its principal place of business located in Denver, Colorado. Husky is an indirect subsidiary of Alterra Mountain Company U.S. Inc., also a Delaware corporation which also has its principal place of business located in Denver, Colorado.

**HUSKY MOUNTAIN ACQUISITION INC.'S CORPORATE DISCLOSURE STATEMENT - 1**

2. Husky is not a publicly traded company, nor does any publicly-held entity own 10% or more of its stock. Husky's ultimate parent company, Alterra Mountain Company U.S. Inc., is also not publicly traded nor does any publicly traded company own 10% or more of its stock.

DATED: <u>March 11, 2026</u>                    MILLER NASH LLP

Thomas J. Lloyd III, ISB No. 7772

*Attorneys for Defendants*